UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 08-11010 |
| | : CHAPTER 7 |
| ROBERT L. WOOD and THERESA M. WOOD, DEBTORS | : DOCUMENT NO. 23 |
| | : |

**MEMORANDUM AND ORDER**

The above bankruptcy case was filed May 28, 2008. The notice of the meeting of creditors under Bankruptcy Code Section 341 went out July 15, 2008. The notice fixed the meeting of creditors for August 6, 2008. The meeting was held and closed on that date. The Debtor was granted a discharge on October 7, 2008. The notice of the Section 341 meeting also gave notice that the last date to file a complaint objecting to discharge of the Debtor or to determine dischargeability of certain debts would expire October 6, 2008.

The Debtor's motion herein, to extend the deadline for filing an adversary proceeding, was filed October 16, 2008. Thus, the motion herein was filed after the expiration of the bar date. However, it is noted that Michelle Reinken was not listed by the Debtor on the mailing matrix and therefore she received no notice of the bankruptcy.

It also appears from the record that Michelle Reinken filed Claim No. 1 on October 1, 2008 and that the docket was updated at that point placing her on the mailing list, so that she received notice of a discharge. She promptly thereafter, on October 16, 2008 filed her motion to extend time to file a complaint objecting to discharge or dischargeability.

Under these circumstances, it would appear that the motion filed by Michelle Reinken to extend the time to file an objection to discharge or dischargeability should be granted.

IT IS THEREFORE ORDERED that the time for Michelle Reinken to file an objection to discharge or dischargeability is extended to December 22, 2008.

The within Order is not a determination as to whether the various claims made by Michelle Reinken in her filing have, or do not have, merit.

Dated: November 20th, 2008

Warren W. Bentz
United States Bankruptcy Judge

c:    Michelle A. Reinken, 9721 Ginny Lane, North East, PA 16428

**FILED**
NOV 19 2008
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE

2